AARON D. FORD
  Attorney General
STEPHEN J. AVILLO, Bar No. 11046
  Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1159
E-mail: savillo@ag.nv.gov

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JONES, | Case No. 3:19-cv-00713-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MICHAEL MINEV, et al., | |
| Defendants. | |

Robert Jones, Plaintiff *Pro Se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Stephen J. Avillo, Deputy Attorney General, hereby stipulate and agree that the above-captioned matter be dismissed with prejudice, and that each party will bear their own attorneys' fees and costs, pursuant to the settlement terms agreed upon during the Early Mediation Conference that took place on March 16, 2021.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

* * *

|  |  |
|---|---|
|  | AARON D. FORD<br>Attorney General |
| DATED this 26 day of MARCH, 2021. | DATED this 25th day of March, 2021. |
| By: /s/ Robert C Jones<br>ROBERT JONES, Offender No. 15304<br>Plaintiff *Pro Se* | By: /s/ Stephen J. Avillo<br>STEPHEN J. AVILLO (Bar No. 11046)<br>Deputy Attorney General<br>*Attorneys for Defendants* |

The stipulation to dismiss is granted.
**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: March 26, 2021

2

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 25th day of March, 2021, I caused to be served, a true and correct copy of the foregoing, **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on:

Robert Jones #15304
Northern Nevada Correctional Center
C/O NNCC
P.O. Box 7000
Carson City, NV 89702
nncclawlibrary@doc.nv.gov

            /s/Perla M. Hernandez
            An employee of the
            Office of the Attorney General